United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN PAUL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 3:23-cv-04428-JD<br><br>**ORDER RE TRO** |

Pro se plaintiff Logan Walker states that he is the captain of *The Chandalar*, a 33-foot sailboat that ran aground near Stinson Beach in Marin County, California, on July 31, 2023. *See* Dkt. No. 1. The beaching occurred while Walker had the boat on autopilot sailing. *See id.* ¶¶ 5-7. The Marin County Sheriff's Department has indicated that it intends to remove and dispose of the vessel on August 31, 2023. *See id.* at ECF p. 43; Dkt. No. 5. Walker says that he is actively engaged in an effort to salvage the vessel, *see* Dkt. No. 1 ¶ 8, and has applied for a temporary restraining order against the removal, Dkt. No. 5.

The Court has some doubt that delaying the removal is warranted. *The Chandalar* is a sizable vessel near a very popular recreational beach. Walker has already had almost a full month to effect a salvage but acknowledges that he is short on funds, and the record does not indicate any specific deadline or plan for salvage. He also waited until the last minute to come to court, despite knowing since August 18, 2023, that the Marin County sheriff intended to act.

Even so, a brief delay is appropriate to preserve the status quo until defendants appear and respond. *See* Fed. R. Civ. P. 65(b); *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1132 (9th Cir. 2011). Because of the short fuse in the timing of the case, the TRO is issued without notice. *See* Fed. R. Civ. P. 65(b)(1).

The Clerk of the Court is requested to immediately issue a summons to the defendants, and the U.S. Marshal is requested to immediately serve a copy of the summons, complaint, request for a TRO, and this order on the Marin County Sheriff's Department and other defendants. The Clerk of the Court is also requested to contact Marin County Counsel at (415) 473-6117 to facilitate electronic service of this order, the complaint, and the application for a TRO on all defendants. The Clerk will email a copy of this order to Walker at CaptainLoganPaulWalker@gmail.com.

Defendants are directed to file a response to the preliminary injunction request, Dkt. No. 1, by 12:00 p.m. on Tuesday, September 5, 2023. A preliminary injunction hearing is set for September 7, 2023, at 10:00 a.m., in person in Courtroom 11, 19th Floor, San Francisco.

## TEMPORARY RESTRAINING ORDER

This order was issued at 11:00 a.m., California time, on August 29, 2023. Pending further order of the Court, defendants and their officers, agents, servants, employees, assigns, and persons who are in active concert or participation with them, are restrained from removing *The Chandalar* from its present location, or seizing or destroying the vessel.

This TRO does not prohibit defendants from engaging in removal, seizure, or destruction of the sailboat as may be necessary to prevent a specific and imminent threat to the health or safety of the public.

**IT IS SO ORDERED.**

Dated: August 29, 2023

JAMES DONATO
United States District Judge